UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD BARBER, on behalf of his minor son, DAVID BARBER, BARBARA SWIFT, on behalf of her ward and grandson, JOHN T. CARROLL, and MONTANA JOE MUNDAY,

           NO. CIV. S-08-212 LKK/CMK

    Plaintiffs,

  v.

LASSEN COUNTY, JOE RITZ, and members of the Staff of the Lassen County Juvenile Detention Facility,

    O R D E R

    Defendants.
_____/

    On March 13, 2010, this court issued a tentative pretrial order in the above-captioned matter. (Dkt. No. 29). Plaintiffs have filed timely objections to that order. Plaintiffs seek to amend the order to refer to their witness and exhibit lists, as these references were inadvertently omitted from the tentative pretrial order. The court corrects this error.

    Plaintiffs further seek to amend the previously-submitted

1

1  witness list to name an additional witness, Jennifer Fare. This
2  request is granted.
3      Finally, the court changes several time periods in the
4  pretrial order to accord with the amendments to Fed. R. Civ. P.
5  6(a) effective December 1, 2009.
6      The court will separately issue a final pretrial order
7  reflecting these changes.
8      IT IS SO ORDERED.
9      DATED: April 30, 2010.

```
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```