**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF LASSEN and JOE RITZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BARBER, on behalf of his minor son, DAVID BARBER, BARBARA SWIFT, on behalf of her ward and grandson, JOHN T. CARROLL and MONTANA JOE MUNDAY,<br><br>Plaintiffs,<br><br>vs.<br><br>LASSEN COUNTY, JOE RITZ, and members of the Staff of the Lassen County Juvenile Detention Facility,<br><br>Defendants.<br>_____/ | Case No. CIV 08-00212 LKK CMK<br><br>**STIPULATION TO MOVE MANDATORY SETTLEMENT CONFERENCE DATE** |

IT IS HEREBY STIPULATED and AGREED by and between Plaintiffs RICHARD BARBER, on behalf of his minor son, DAVID BARBER, BARBARA SWIFT, on behalf of her ward and grandson, JOHN T. CARROLL and MONTANA JOE MUNDAY and Defendants COUNTY OF LASSEN and JOE RITZ, by and through their undersigned counsel, to move the Mandatory Settlement Conference, now scheduled for May 21, 2010, to May 28, 2010 at 2:00 p.m.

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1
**STIPULATION TO MOVE MSC DATE**
00782758.WPD

```
                                    Respectfully Submitted,

Dated: May 4, 2010                  PORTER SCOTT
                                    A PROFESSIONAL CORPORATION



                                    By   /s/ John R. Whitefleet
                                         Terence J. Cassidy
                                         John R. Whitefleet
                                         Defendants COUNTY OF LASSEN and
                                         JOE RITZ


Date: May 5, 2010                   Law Office Hagear & Hearne

                                    By   /s/ Treva Hearne (as authorized on 5/05/10)
                                         Treva J. Hearne
                                         Hagear & Hearne
```

# ORDER

IT IS SO ORDERED that the Mandatory Settlement Conference in this matter be moved to May 28, 2010 at 2:00 p.m.

**IT IS SO ORDERED.**

Date: May 5, 2010                    /s/ John A. Mendez
                                     Hon. John A. Mendez
                                     U. S. District Court Judge

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

3

STIPULATION TO CONTINUE TRIAL BY JURY

00782758.WPD