UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD BARBER, on behalf of his minor son, DAVID BARBER, BARBARA SWIFT, on behalf of her ward and grandson, JOHN T. CARROLL, and MONTANA JOE MUNDAY,

        Plaintiffs,

    v.

LASSEN COUNTY, JOE RITZ, and members of the Staff of the Lassen County Juvenile Detention Facility,

        Defendants.
_____/

NO. CIV. S-08-212 LKK/CMK

O R D E R

Hearing on the parties' motions in limine was set for June 7, 2010. At the hearing, counsel for plaintiffs indicated that a separate guardian would need to be appointed for the minor plaintiff, and the parties agreed that the trial date should be vacated.

Accordingly, the trial date set for June 22, 2010 is VACATED. Counsel for plaintiffs SHALL, within fourteen (14) days of this

1

1  order, file either a motion seeking to resolve the above newly
2  discovered barrier to trial or an explanation of what needs to be
3  done and why no motion could be filed within this timeframe.
4       IT IS SO ORDERED.
5       DATED:  June 8, 2010.

        _____
        LAWRENCE K. KARLTON
        SENIOR JUDGE
        UNITED STATES DISTRICT COURT

2