Robert R. Hager, NV State Bar No. 1482
Treva J. Hearne, CA State Bar No. 159542
**HAGER & HEARNE**
245 E. Liberty - Suite 110
Reno, Nevada 89501
Tel: (775) 329-5811
Fax: (775) 329-5819
Email: rhager@hagerhearnelaw.com
       thearne@hagerhearnelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BARBER, on behalf of his Minor son, DAVID BARBER, BARBARA SWIFT, on behalf of her ward and grandson, JOHN T. CARROLL and MONTANTA JOE MUNDAY, | Case No. CIV 08-00212 LKK CMK |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| LASSEN COUNTY, JOE RITZ, and members of the Staff of the Lassen County Juvenile Detention Facility, | |
| Defendants. | |

IT IS HEREBY ORDERED that good cause appearing; Plaintiffs' Motion to File Documents Under Seal is hereby **granted**.

DATED this 23rd day of June, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1