**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD BARBER on behalf of his minor son, DAVID BARBER, BARBARA SWIFT, on behalf of her ward and grandson, JOHN T. CARROLL, and MONTANA JOE MUNDAY,<br><br>Plaintiffs,<br><br>vs.<br><br>LASSEN COUNTY, JOE RITZ, and members of the Staff of the Lassen County Juvenile Detention<br><br>Defendants. | Case No. 2:08-cv-00212-LKK-CMK<br><br>**ORDER APPOINTING GUARDIAN AD LITEM** |

Appearing before the Court was the present guardian of the person of John Carroll, his maternal grandmother Barbara Swift, and John Carroll in person by and through his counsel, Robert R. Hager. Also appearing was Dr. Bonnie Eberhardt Bobb.

The Court received the curriculum vitae of Dr. Bobb and, being satisfied that she can advise the Plaintiff John Carroll who is a minor, appoints Dr. Bonnie Eberhardt Bobb as the guardian ad litem for the minor John Carroll for the purposes of representing the minor and advising the Court of what, in the conduct of this litigation, is in the best interest of the minor child, John Carroll.

/ / /

/ / /

1   The Court orders this appointment because it is in the best interest of the minor
2   and he has agreed that he desires to continue with the litigation with the substituted
3   guardian ad litem and, therefore, Dr. Bonnie Eberhardt Bobb replaces and is
4   substituted in as the party suing on behalf of the minor John Carroll for all purposes in
5   this litigation.
6   IT IS SO ORDERED.
7   Dated this 2nd day of September, 2010.

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT