UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD BARBER, on behalf
of his minor son, DAVID
BARBER, BARBARA SWIFT, on
behalf of her ward and
grandson, JOHN T. CARROLL,
and MONTANA JOE MUNDAY,

NO. CIV. S-08-212 LKK/CMK

        Plaintiffs,

    v.

LASSEN COUNTY, JOE RITZ,                    O R D E R
and members of the Staff
of the Lassen County
Juvenile Detention Facility,

        Defendants.
_____/

     A status conference was held in this case on October 18, 2010.

Accordingly, the court ORDERS as follows:

        [1] Trial is SET for June 28, 2011. Trial shall be by

        jury.

        [2] Motions in Limine shall be heard on June 6, 2011 at

        10:00 a.m.

        [3] A settlement conference before Judge Hollows is set

1

1          for January 18, 2011 at 9:00 a.m.

2     IT IS SO ORDERED.

3     DATED:  October 20, 2010.

4

5

6     _____
      LAWRENCE K. KARLTON
7     SENIOR JUDGE
      UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2