Robert R. Hager, Esq.
Treva J. Hearne, Esq.
HAGER & HEARNE
245 E. Liberty - Suite 110
Reno, Nevada 89501
Tel: (775) 329-5811
Fax: (775) 329-5819
*Attorneys for Plaintiffs*

John R. Whitefleet, Esq.
Terence J. Cassidy, Esq.
PORTER SCOTT
350 University Avenue – Suite 200
Sacramento, CA 95823
Tel: (916) 929-1481
Fax: (916) 927-3706
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BARBER on behalf of his minor son, DAVID BARBER, BARBARA SWIFT, on behalf of her ward and grandson, JOHN T. CARROLL, and MONTANA JOE MUNDAY,<br><br>Plaintiffs,<br><br>vs.<br><br>LASSEN COUNTY, JOE RITZ, and members of the Staff of the Lassen County Juvenile Detention<br><br>Defendants. | Case No. 2:08-cv-00212-LKK-CMK<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

COMES NOW, Plaintiffs by and through their Counsel HAGER & HEARNE and Defendants by and through their Counsel PORTER SCOTT and hereby stipulate and agree as follows:

///

1

(1) That the Settlement Conference in this case which is scheduled for Tuesday, January 18, 2011, at 9:00 a.m., before Magistrate Judge Gregory G. Hollows be vacated and that said Settlement Conference be continued to Tuesday, March 15, 2011, at 9:00 a.m.

(2) That this matter is being continued due to a conflict in Plaintiffs' Counsels' calendar and is not made for the purposes of delay.

DATED this 22nd day of December, 2010.

> /s/ TREVA J. HEARNE
> Robert R. Hager, Esq.
> Treva J. Hearne, Esq.
> HAGER & HEARNE
> 245 E. Liberty - Suite 110
> Reno, Nevada 89501
> Tel: (775) 329-5811
> Fax: (775) 329-5819
> *Attorneys for Plaintiffs*

DATED this 22nd day of December, 2010.

> /s/ JOHN R. WHITEFLEET
> John R. Whitefleet, Esq.
> Terence J. Cassidy, Esq.
> PORTER SCOTT
> 350 University Avenue – Suite 200
> Sacramento, CA 95823
> Tel: (916) 929-1481
> Fax: (916) 927-3706
> *Attorneys for Defendants*

## ORDER

IT IS HEREBY ORDERED that Settlement Conference in this case which is scheduled for Tuesday, January 18, 2011, at 9:00 a.m., be vacated and that said Settlement Conference be continued to Tuesday, March 15, 2011, at 9:00 a.m.

DATED this 27th day of December, 2010.

GREGORY G. HOLLOWS
~~DISTRICT COURT JUDGE~~
U.S. Magistrate