IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD BARBER, et al.,

        Plaintiffs,                NO. CIV S-08-0212 LKK CMK (GGH)

    vs.

LASSEN COUNTY, et al.,             ORDER

        Defendants.

_____/

        The parties and counsel met in settlement conference On March 15, 2011.  The appearances of counsel and the parties were placed on the record.  The entire case resolved and the terms of the settlement were placed on the record.

        All previously scheduled dates in this case are vacated.  No later than April 15, 2011, counsel shall file a motion for minor's compromise with respect to plaintiff Carroll.  The parties shall have all other dispositional documents prepared and ready to file in the event, and on the day, that the minor's compromise is approved.  No later than April 15, 2011, the total compensation in settlement shall be transmitted to plaintiffs' counsel to be held in their trust account pending approval of the minor's compromise.  In the event that the minor's compromise is approved, the settlement disbursement may be made to all plaintiffs and counsel as appropriate.

1

1         If the minor's compromise is not approved, and because one of the inducements to

2    settlement was the global nature of the settlement, the parties shall seek further guidance from

3    Judge Karlton regarding further proceedings in this case, as well as return of funds to Lassen

4    County or its payor.

5         The court has retained jurisdiction to enforce the terms of settlement.

6    DATED: March 16, 2011

7                             /s/ Gregory G. Hollows

                            _____

8                                 UNITED STATES MAGISTRATE JUDGE

barber.sett