UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BARBER, on behalf of his Minor son, DAVID BARBER, BARBARA SWIFT, on behalf of her ward and grandson, JOHN T. CARROLL and MONTANA JOE MUNDAY,<br><br>Plaintiffs,<br><br>v.<br><br>LASSEN COUNTY , JOE RITZ, et al.,<br><br>Defendants. | Case No. CIV 08-00212 LKK CMK<br><br><br>**ORDER GRANTING MINORS COMPROMISE AS TO PLAINTIFF JOHN T. CARROLL** |

The Court has reviewed the Petition for Compromise of the claims of the minor Plaintiff, John T. Carroll, filed herein by Petitioner Bonnie Bobb, PhD, as the Guardian Ad Litem appointed by the Court for John Carroll, on behalf of the minor John T. Carroll, The Court has also held a Hearing with regard to that Petition on June 6, 2011.

Being fully advised in the premises, and good cause appearing therefore, the Court finds and Orders as follows:

The Court is familiar with the facts of this case, which has been the subject of numerous motions and determinations by the Court.

The allegations of the complaint are that John Carroll was detained in the Lassen County Detention Facility, beginning in June 2007, he was subjected to excessive force and intentional infliction of emotional distress by Joe Ritz as the director of the Facility who was an agent of Lassen County, California. The allegations are that John T. Carroll has

been emotionally traumatized as a result of the excessive force and abusive behavior by the facility and Joe Ritz.

John T. Carroll will need counseling presently plus certain funds to assist him in healing and making a successful recovery from his trauma. Dr. Bonnie Ebethardt Bobb, the Guardian Ad Litem for Carroll, wants the funds to be applied to the present psychological needs of John T. Carroll in the amount of Ten Thousand Dollars ($10,000) to be released immediately and the remainder to be placed in a fund release to Carroll after he reaches the age of eighteen.

The incidents that were complained of arose between Carroll and Ritz in Lassen County, California. The minor John T. Carroll presently resides in Rowlette, Texas and attends high school and works. This settlement will provide funds for Carroll's counseling. Additionally, the Petitioner wants to assure the opportunity of higher education to this minor child for his future.

**THEREFORE, FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, THAT PETITIONER'S MOTION FOR MINORS COMPROMISED IS APPROVED AS TO THE SETTLEMENT AND DISBURSEMENT SET FORTH THEREIN. IT IS FURTHER ORDERED THAT SINCE JOHN CARROLL WILL BE EIGHTEEN (18) YEARS OLD SHORTLY, THAT SAID FUNDS DO NOT NEED TO BE PLACED INTO A BLOCKED TRUST ACCOUNT, BUT MAY BE PLACED IN AN INTEREST BEARING ACCOUNT AND RELEASED TO HIM IN TOTAL ON JULY 31, 2011.**

DATED June 6, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT